

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS ~~FILE COPY~~
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**11/3/2015**
**PIERCE, JOSEPH MICHAEL   Tr. Ct. No. 114-0648-13**                    **PD-0651-15**
I have this day received and filed the Appellant's Pro Se Motion for Rehearing in the above-styled and numbered cause.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *